```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
PANKAJKUMAR MAFATLAL PATEL,                :
                                           :
                       Petitioner,         :      26cv1420 (DLC)
                                           :
           -v-                             :         ORDER
                                           :
JUDITH ALMODOVAR, et al.,                  :
                                           :
                       Respondents.        :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

Having received Patel's February 19, 2026 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), it is hereby

ORDERED that counsel should confer and submit a joint letter, no later than **today, February 19, 2026, at 6:30 p.m.** indicating (1) whether petitioner was located in the Southern District of New York at the time that the Petition was filed; and (2) whether, if respondents assert that petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from Huang v. Almodovar, No. 26cv551 (DLC), 2026 WL 205656 (S.D.N.Y. Jan. 27, 2026), and, if not, whether respondents consent to issuance of the writ -- subject to preservation of respondents' arguments for

appeal.[1]  If counsel believe that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter.

IT IS FURTHER ORDERED that, should the petitioner remain detained, counsel for all parties shall appear for a telephone conference **tomorrow, February 20, 2026 at 10:30 a.m.**  The parties shall use the following dial-in credentials for the telephone conference:

|  |  |
|---|---|
| Dial-in: | 1-855-244-8681 |
| Access Code: | 2312 042 2648 |

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, to preserve the Court's jurisdiction pending a ruling on the Petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise.  Moreover, to preserve counsel's access to petitioner and to facilitate resolution of the Petition, respondents shall not transfer petitioner except to a facility within this District, the Eastern District of New York, or the

---

[1] If respondents believe that petitioner was <u>not</u> in the Southern District of New York at the time the Petition was filed, the parties should confer and indicate in the joint letter whether the Court should order immediate transfer of the Petition to the District in which petitioner was located at the time of filing. <u>See, e.g.</u>, <u>Öztürk v. Hyde</u>, 136 F.4th 382, 391-92 (2d Cir. 2025).

2

District of New Jersey absent further order of this Court.

Dated:     New York, New York
           February 19, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge