UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
PANKAJKUMAR MAFATLAL PATEL,                :
                                           :
                         Petitioner,       :         26cv1420 (DLC)
                                           :
            -v-                            :         MEMORANDUM
                                           :         OPINION AND
JUDITH ALMODOVAR, et al.,                  :         ORDER
                                           :
                         Respondents.      :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On February 19, 2026, Pankajkumar Mafatlal Patel, who was detained by immigration authorities earlier that day, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  A February 19, 2026 Order directed the parties to submit a joint letter by 6:30 p.m. on the same day addressing, among other things, whether there is any basis to distinguish this case from Huang v. Almodovar, No. 26cv551 (DLC), 2026 WL 205656 (S.D.N.Y. Jan. 27, 2026), and, if not, whether respondents would consent to issuance of the writ -- subject to preservation of respondents' arguments for appeal.  The Order also scheduled a conference for February 20, 2026 at 10:30 a.m., should the petitioner remain detained.

On February 19, 2026, the parties filed their joint letter. That letter states that "the parties agree that the scheduled conference and full briefing is not necessary in this case given

the Court's prior decision in Huang, and the Court can decide this matter based on this submission." More specifically, respondents concede that "the facts of this case are not materially distinguishable from Huang" and that "the Court's decision in Huang would control the result in this case if the Court adheres to that decision." The Court adheres to its decision in Huang. Accordingly, it is hereby

ORDERED that the petition for a writ of habeas corpus is granted.

IT IS FURTHER ORDERED that respondents shall release petitioner from custody forthwith and file certification of their compliance with the Court's Order on the docket of this case no later than **10:30 a.m. tomorrow, February 20, 2026.** The conference scheduled for February 20, 2026 is hereby canceled as moot, and the Clerk of Court is directed to close this case.

Dated:    New York, New York
          February 19, 2026

_____
          DENISE COTE
     United States District Judge

2