```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PANKAJKUMAR MAFATLAL PATEL,              :
                                        :
                    Petitioner,         :    26cv1420 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
JUDITH ALMODOVAR, et al.,                :
                                        :
                    Respondents.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of February 19, 2026 granted Patel's petition for a writ of habeas corpus and ordered his immediate release. On February 23, the petitioner filed a motion for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). The petitioner requests that fees be awarded in the amount of $1,051.08, reflecting an hourly rate of $262.77 for four hours of work. It is hereby

ORDERED that the Government's response, if any, shall be filed no later than **March 10, 2026**. Any reply shall be filed by **March 17, 2026**.

Dated:   New York, New York
         February 24, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge