**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PANKAJKUMAR MAFATLAL PATEL,

                                 Petitioner,                    26 **CIVIL** 1420 (DLC)

            -against-                                           **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                                 Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum and Opinion dated February 19, 2026,  the petition for a writ

of habeas corpus is granted; accordingly, the case is closed.

**DATED:**  New York, New York
            February 26, 2026

                                                       **TAMMI M. HELLWIG**
                                              _____
                                                       **Clerk of Court**

                                    **BY:**          K. mango
                                              _____
                                                       **Deputy Clerk**