

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2026

**Via ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Patel. v. Almodovar,* No. 26 Civ. 1420 (DLC)

Dear Judge Cote:

    This Office represents the government in the above-referenced habeas corpus action. On February 23, 2026, Petitioner filed a motion for attorney's fees. ECF No. 11. On March 6, 2026, the Court granted the government's motion to hold briefing on Petitioner's motion for attorney's fees in abeyance, and the parties would provide an update or briefing schedule by April 28, 2026. ECF No. 15. I write respectfully on behalf of the parties, first, to apologize for not filing a joint letter yesterday, and second, to propose the following agreed upon briefing schedule addressing the fee motion: (i) the government's opposition shall be filed by May 13, 2026, and (ii) Petitioner's reply, if any, shall be filed by May 15, 2026.

    We thank the Court for its consideration of this request, and again apologize for not filing this letter by April 28.

                          Respectfully submitted,

*So ordered.*

*Denise Cote*
*4/30/26*

                          JAY CLAYTON
                          United States Attorney for the
                          Southern District of New York

By:    */s/ Brandon M. Waterman*
        BRANDON M. WATERMAN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (212) 637-2743
        E-mail: brandon.waterman@usdoj.gov
        *Attorney for Respondents*

cc:    Counsel of Record (by ECF)