Case 1:26-cv-01420-DLC   Document 21   Filed 07/09/26   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

Pankajkumar Mafatlal Patel,

*Petitioner,*

v.

Judith Almodovar et al.,

*Respondents.*

**Case No. 26-cv-01420-DLC**

## MOTION TO ENFORCE

1. On June 8, 2026, ECF No. 20, the Court entered an Order granting the Petitioner's Motion for EAJA fees in the amount of $2,496.32 (the "EAJA Payment").

2. To date, Respondents have not made the EAJA Payment to Petitioner.

3. Counsel for Petitioner has reached out to counsel for Respondents on several occasions regarding the timing of the EAJA Payment, and counsel for Respondents has provided no answer as to when the EAJA Payment will be made.

4. Petitioner respectfully seeks an Order from the Court providing Respondents until July 17, 2026 to make the EAJA Payment.

Dated: July 9, 2026

Respectfully submitted,

*The Government shall respond to this application by July 13, 2026.*

*[signature]*
*7/9/26*

/s/ Michael Z. Goldman
100 Church Street, Suite 800
New York, NY 10007
212 901-3799
michael@mzglaw.com

*Attorney for Petitioner*