```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
PANKAJKUMAR MAFATLAL PATEL,               :
                                          :
                    Petitioner,           :       26cv1420 (DLC)
                                          :
         -v-                              :         ORDER
                                          :
JUDITH ALMODOVAR, et al.,                 :
                                          :
                    Respondents.          :
                                          :
------------------------------------------ X
```

DENISE COTE, District Judge:

An Order of February 19, 2026 granted Patel's petition for a writ of habeas corpus and ordered his immediate release.  A Memorandum Opinion and Order of June 8, 2026 granted Patel's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), awarding him a total of $2,496.32.

On July 9, 2026, Patel filed a motion to enforce the judgment, seeking an Order from the Court requiring Respondents to make the EAJA payment by July 17.  Respondents responded in a letter of July 13, noting that they "anticipate payment to be made within roughly three weeks."  Accordingly, it is hereby

ORDERED that Patel's July 9 motion to enforce is denied

without prejudice to renewal no earlier than **August 10, 2026.**

Dated:     New York, New York
           July 14, 2026

_____
DENISE COTE
United States District Judge

2